# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nyahok Simon Chut**<br>DOB: 1995; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>19-09993MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 23, 2019, in the District of Arizona, **Nyahok Simon Chut**, knowing or in reckless disregard that a certain alien, including Pablo Luna-Cid, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 23, 2019, Border Patrol Agents (BPA) working at the Highway 191 checkpoint were notified by service radio that a concerned citizen reported a suspected load vehicle trespassing through their property. The person described the suspicious vehicle as a small black sedan. BPA encountered the vehicle, a black 2018 Hyundai Elantra, and observed an out of state license plate and it was driving noticeably under the speed limit. Agents activated their emergency equipment and conducted a vehicle stop, based upon their observations of the vehicle and the reported trespassing on private property. The driver, later identified as **Nyahok Simon Chut**, she was the only visible occupant in the vehicle. When asked if there were any other people in the vehicle, she stated "I don't want to answer." A K9 was used to conduct a free air sniff around the vehicle and alerted. **Chut** was informed that the K9 had alerted to the vehicle and there was cause to search the vehicle, **Chut** remained noncompliant. Agents were finally able to gain access to the trunk of the vehicle and observed an individual, later identified as Pablo Luna-Cid. Agents determined that Luna-Cid was illegally present in the United States.

The material witness Pablo Luna-Cid stated he made arrangements to be smuggled into the U.S. in exchange for money. After crossing into the U.S. illegally, he walked to the load location where he was told to wait until a vehicle arrived to pick him up. He stated that when the vehicle arrived the driver opened the trunk and told him to get in. When asked why Luna-Cid thought he was put in the trunk, he stated that he believed that the driver knew he didn't have papers to be here legally.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Pablo Luna-Cid

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/jan | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 26, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54